**In re Louisa BOYLAN, Bankrupt.**

**A. S. ASHBRIDGE, Appellant.**

No. 9157.

Circuit Court. of Appeals, Third Circuit.

Argued Oct. 15, 1946.
Decided Oct. 22, 1946.

Joseph F. VanHorn, of Philadelphia, Pa. (Frank W. Melvin, of Philadelphia, Pa., on the brief), for appellant.

Charles V. Linshaw, of Philadelphia, Pa., for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Every point of fact and law argued in this appeal was before the District Judge and thoroughly considered by him. He wrote a carefully considered opinion which covered all the issues. 65 F.Supp. 105. We agree with the conclusions reached in the District Court and can add nothing of value by a rediscussion of the propositions already considered. We, therefore, affirm on the opinion of the District Judge.

---

**E. A. DAWES, Appellant, v. Marion H. ALLEN, Collector of Internal Revenue, Appellee.**

No. 11492.

Circuit Court of Appeals, Fifth Circuit.
Oct. 30, 1946.

W. Herbert Hodges and Lawrence S. Camp, both of Atlanta, Ga., for appellant.

Newton K. Fox, Sewall Key, and J. Louis Monarch, Sp. Assts. to Atty. Gen., Douglas W. McGregor, Asst. Atty. Gen., and John P. Cowart, U. S. Atty., of Macon, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below, 61 F.Supp. 284, is affirmed.

---

**Albert DURRETT, Appellant, v. UNITED STATES of America, Appellee.**

No. 11740.

Circuit Court of Appeals, Fifth Circuit.
Oct. 30, 1946.
Rehearing Denied Nov. 26, 1946.

Albert Durrett, of Atlanta, Ga., in pro. per., for appellant.

John D. Hill, U. S. Atty., of Birmingham, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.